IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIA A. DENSON,

       Plaintiff,

v.                                        CASE NO.: 4:10cv278-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated May 11, 2011 (doc. 22). Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

      1.     The magistrate judge's report and recommendation (doc. 22) is adopted and incorporated by reference in this order.

      2.     The decision of the Commissioner to deny Plaintiff's application for

Social Security benefits is REVERSED and REMANDED for the purposes set forth in the report and recommendation (doc. 22).

DONE AND ORDERED this 16th day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge