IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIA A. DENSON,

    Plaintiff,

v.        CASE NO.: 4:10cv278-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

### ORDER AWARDING ATTORNEY FEES AND COSTS

THIS CAUSE comes before the Court on Plaintiff's Petition for Attorney's Fees under the Equal Access to Justice Act.  Doc. 25.  Defendant filed a response (doc. 26) advising that it does not object to the requested award so long as it is subject to offset by the Department of Treasury.  Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act (doc. 25) is granted.

2.    The Commissioner is directed to pay Plaintiff or her assignee, Attorney Heather Freeman of Daley, DeBofsky & Bryant,  $3,752.89, which are reasonable fees and costs under the Equal Access to Justice Act, 28 U.S.C. §

2412.

     3.    The United States Department of Treasury may apply the payment to offset a debt owed by Plaintiff in accordance with <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).

     DONE AND ORDERED this 18th day of October, 2011.

                             <u>*s/ Stephan P. Mickle*</u>
                             Stephan P. Mickle
                             Senior United States District Judge